■ FRED F. DE RADO et al., Respondents, v CHRIST EPISCOPAL CHURCH, Appellant. — Appeal from an order of the Supreme Court at Special Term (Smyk, J.), entered September 19, 1983 in Broome County, which, *inter alia,* granted plaintiffs' motion to compel defendant to disclose an accident report. Order affirmed, with costs (see *Vandenburgh v Columbia Mem. Hosp.,* 91 AD2d 710). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.